JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ROSALES GONZALEZ and CAMILA ROSALES,<br><br>                Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, HSBC BANK USA,<br><br>                Defendants.<br>_____ | Case No. EDCV 09-01677 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 20, 2009

                                      _____

                                     VIRGINIA A. PHILLIPS<br>                                     United States District Judge